**Electronically Filed**
**Supreme Court**
**SCPW-12-0000017**
**21-FEB-2012**
**10:12 AM**

NO. SCPW-12-0000017

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRIS GRINDLING, Petitioner,

vs.

THE HONORABLE SHACKLEY F. RAFFETTO, JUDGE OF THE CIRCUIT
COURT OF THE SECOND CIRCUIT, STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(S.P.P. NO. 10-1-0011)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of petitioner Chris Grindling's petition for a writ of mandamus, the respondent judge's answer, and the record of S.P.P. No. 10-1-0011, it appears that S.P.P. No. 10-1-0011 was disposed of on February 3, 2012. Petitioner's request for mandamus relief is moot. Therefore,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, February 21, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

